**No. 53385.**—Popper Morson Company *v.* United States, protests 110958–K, etc. (Louisville).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.